**Denied and Opinion Filed July 12, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00823-CV

### IN RE RED BIRD TRAILS APARTMENTS, BRIDGEWAY CAPITAL, LLC, AND NCM MANAGEMENT, LTD, Relators

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-00945-A**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Partida-Kipness

Before the Court are relators' July 11, 2024 petition for writ of mandamus and emergency motion for temporary relief. In their petition, relators seek to compel the trial court to grant them a mandatory continuance or, alternatively, to either exclude certain newly disclosed evidence or grant a limited continuance and allow relators to conduct discovery on the newly disclosed evidence. In their emergency motion, relators seek to stay all trial court proceedings, including the July 15, 2024 jury trial, pending our action on the petition.

Entitlement to mandamus relief requires a relator to show the trial court clearly abused its discretion and the relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relators' petition and the record before us, we conclude relators have failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Having denied relators' petition, we also deny as moot relators' emergency motion.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
240823F.P05                         JUSTICE